**Order entered January 19, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01374-CV**

**QUALITY CLEANING PLUS, INC., Appellant**

**V.**

**PREFERRED STAFF, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-08606**

**ORDER**

Before the Court is the January 13, 2023 request of Tina Thompson, Official Court Reporter for the 134th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **January 23, 2023**.

/s/    BILL PEDERSEN, III
       JUSTICE